No. 02–642. STARR v. CITY OF HATTIESBURG, MISSISSIPPI, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 02–644. HOFFMAN ET AL. v. JEFFORDS. C. A. D. C. Cir. Certiorari denied.

No. 02–645. BOOTH ET AL. v. HVASS, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 02–650. EVANS v. DERIDDER MUNICIPAL FIRE & POLICE CIVIL SERVICE BOARD. Sup. Ct. La. Certiorari denied. ██

No. 02–654. KAZYAK v. WINSTEAD. Sup. Ct. Va. Certiorari denied.

No. 02–656. FRANKLIN ET VIR v. CHAPMAN. C. A. 11th Cir. Certiorari denied. 

No. 02–657. SCOTT ET AL. v. HANSEN ET AL. Sup. Ct. N. D. Certiorari denied. 

No. 02–660. CLIFFS SYNFUEL CORP. v. NORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. 10th Cir. Certiorari denied.

No. 02–664. BROWN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–665. VEGLIANTE v. NEW JERSEY DEPARTMENT OF TREASURY, DIVISION OF TAXATION. C. A. 3d Cir. Certiorari denied. 

No. 02–668. WE CARE TRADING CO., INC. v. COACH, INC. C. A. 2d Cir. Certiorari denied. 

No. 02–669. PATEL ET AL. v. PERMIAN CARDIOLOGY GROUP ET AL. C. A. 5th Cir. Certiorari denied. 
